ERICK-GROSS CORPORATION, Appellant, v. ARTISTIC KNITTING MILLS, INC., et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ. [Order denied motion for further bill of particulars.]

■

ERICK-GROSS CORPORATION, Appellant, v. ARTISTIC KNITTING MILLS, INC., et al., Respondents.— Order unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

■

In the Matter of the Arbitration between IRWIN LEVINE, Respondent, and OTT STORE EQUIPMENT CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

■

SOPHIE K. RUZA, Respondent, v. JOSEPH M. RUZA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, and the motion granted to the extent of directing issuance of commission to take deposition of the defendant in Florida on written interrogatories. The hearing before the referee covering the issue of defendant's domicile is stayed until the return of the commission. Settle order on notice which is to provide for the settlement of the interrogatories at Special Term. Present — Dore, J. P., Cohn, Callahan and Botein, JJ. [See post, p. 708.]

■

CHAN JOHM LUM, Respondent, v. MANHATTAN LIFE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

■

MAMIE SIMON, Appellant, v. IRVING SIMON, Respondent.— Order unanimously affirmed. Plaintiff has permitted her action for separation to remain untried for a long period after issue had been joined. We disapprove of that practice. We must assume she will receive appropriate relief upon the trial if it be determined that she is entitled to prevail and that the temporary allowances are too low. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

■

In the Matter of ANTHONY VIGILANTE, Appellant, against VINCENT R. IMPELLITTERI, as Mayor of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

■

In the Matter of ROBERT P. HILL, Appellant, against WILLIAM LYMAN, Individually and as President Justice of the Municipal Court of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See ante, p. 23.]